AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 08mj0911

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARCOS GUZMAN-LOPEZ

I certify that I am admitted to practice in this court.

| 3/25/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number     Fax Number |