UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Marcos Guzman Lopez<br><br>Defendant(s) | CRIMINAL NO. 08CR1204-W<br>08mj0911<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07937298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / ~~Case Disposed~~ / Order of Court).

Thomas Santiago-Cruz

DATED: 4/17/08

RECEIVED _____
                    DUSM

_____William McCurine, Jr._____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
        Deputy Clerk