## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR1204-W |
| Plaintiff ) | 08mj0911 |
| ) | CRIMINAL NO. _____ |
| vs. ) | ORDER |
| Marcos Guzman-Lopez ) | RELEASING MATERIAL WITNESS |
| ) | Booking No. 07937298 |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Angela Najera - Ortiz

DATED: ___4/17/08___

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ✰ U.S. GPO: 2003-561-774/70082