UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1204-W |
| Plaintiff | ) | 08mj0911 |
| vs. | ) | ORDER |
| Marcos Guzman-Lopez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 07937298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following-named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed)/ Order of Court).

Julia Najera-Rios

DATED: 4/17/08

RECEIVED _____
         DUSM

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082